# Compassionate Release

Your Honor,                                   Feb, 27/2022

I applied for compassionate release to the Warden on Jan, 26/2022. It was filed through Ms. Behr the social worker according to prison policy.

I filed under Debilitated release due to my medical issues such as, neurophy, ortho and ruematoid arthritas, scoliosus, fractures in my spine that have never healed, sleep apena. I also can no longer take pain meds for my arthritus as they are causing damage to my liver & kidneys as well as diabetes and osteoperosis. I now can only get around with the use of a walker and have BMI of over 400%.

I don't get in trouble and have taken over ~~100~~ 130 clases to ~~impres~~ improve myself.

Please grant me compassionate release.

                           Thank you,
                           Darlene Edwards
                           02840-045

US v Edwards
96-00085-03-CR-W-FJG