Reduction of Sentence  # 96-00085-03-CRW-FJG

Honorable Judge Fernando Gaitan,

First, I want to apoligize to the families of the firefighters for anything I knowingly or unknowingly did to contribute to the deaths of thier loved ones.

During our trial the Honorable Judge Stevens stated, on page 4064 of the court transcript, "That he saw no evidence that the five defendants acted intentionally, or with malice aforethought". Therefore the only analogous homicide classification that applies is for "reckless homicide", which falls under second-degree murder.

The Sentencing Guidelines in 1997 mandated a sentence of 15 to 20 years for "reckless homicide".

The constitutional sentence falls within this range and should not exceed 20 years. This sentence will meet the mandate of (18 USC) 3553 as it is sufficient but not greater than necessary.

During more than 20 years of incarceration I have had very few infractions.

I worked at Unicor for almost 10 years and had one of the highest pay grades pos-

sible. This enabled me to pay more than $14,000.00 towards my restitution.

I have successfully completed more than 140 classes to better myself.

My mother is waiting for my release and has a bedroom waiting for me. I also have several family members as well as my pastor and his wife who are waiting my release.

I have several medical issues such as, high blood pressure, sleep apnea, thyroid, arthritis (Ortho & Rheumatoid) type II diabetes, high cholesterol, osteoporosis, obesity with a 40+ B.M.I. and I have to use a walker to get around.

In response to my prior appeal for compassionate release, the federal prosecutor, Mr. Paul Becker agreed that I am not a danger to society.

I am asking to be resentenced to 20 years or time served.

Darlene Edwards
07840045

'21 AUG 2 3:05PM