IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 96-00085-03-CR-W-FJG |
| DARLENE EDWARDS, | |
| Defendant. | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE A CONSOLIDATED RESPONSE TO MOTIONS FOR COMPASSIONATE RELEASE**

The United States of America, by and through its undersigned counsel, files this request for an extension of time to respond to the defendant's motion for compassionate release. (D.E. 616.) The defendant's motion was filed on August 2, 2021.[1] The government's response was potentially due on August 16, 2021. The government is requesting an extension of time in which to file its response, up to and including March 31, 2022.

The government is requesting additional time to review the previous pleadings, the defendant's medical records, and to determine the current state of Covid-19 infection at FMC Carswell. The government also requests that the Court allow the government to file a single response to these "motions". (Doc. 615 & 616.)

---

[1] On March 8, 2022, the U.S. Attorney's Office (USAO) received a letter/motion from the defendant. (Doc. 615.) The envelope was addressed to "Mo Western Charles Evans, 400 E 9TH ST, 5 th Floor, Kansas City, MO 64106, United States". The undersigned counsel delivered the letter to the Clerk's Office, and it was filed as Pro Se Motion for compassionate release. (Doc. 615.) When this letter was received, the undersigned counsel located another letter from the defendant with the same address on the envelope received by the USAO on August 2, 2021. The docket sheet did not list this letter as a motion for compassionate release. Therefore, this letter was also delivered to the Clerk's Office and filed as a motion for compassionate release. (Doc. 616.)

WHEREFORE, the United States requests that the Court grant the government's request and order that the government's consolidated response be filed on or before March 31, 2022.

Respectfully submitted,

Teresa A. Moore
United States Attorney

By:  /s/ Paul S. Becker

Paul S. Becker
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 E. 9th Street, Suite 5510
Kansas City, Missouri  64106

CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing was delivered on March 9, 2022, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery, and mailed to:

  Darlene Edwards, *Pro Se*
  Reg. No. 07840-045
  FMC Carswell
  Federal Medical Center
  P.O. Box 27137
  Fort Worth, TX 76127

             */s/ Paul S. Becker*

             Paul S. Becker
             Assistant United States Attorney